IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

AHMED ALI, M.D.                          :
                                         :
          Plaintiff,          :CASE: 1:08 CV 00431
                              :Assigned To: Kollar-Kotelly,
     v.                       :Colleen
                              :Assign Date: 3/12/2008
ENVISION HOSPITAL            :Description: Civil Rights-
CORPORATION                  :Non-Employ.
d.b.a. GREATER SOUTHEAST      :
HOSPITAL OF WASHINGTON, et al.:
                                         :
          Defendants.         :

**DEFENDANT ENVISION HOSPITAL CORPORATION d.b.a. GREATER SOUTHEAST HOSPITAL OF WASHINGTON'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LcvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Envision Hospital Corporation d.b.a. Greater Southeast Hospital of Washington, improperly named, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Envision Hospital Corporation which have any outstanding securities in the hands of the public.

     **None.**

These representations are made in order that the judges of this court may determine the need for recusal.

HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

Deborah E. Kane, Esq., Attorney of Record for Envision Hospital Corporation.

                    Respectfully submitted,

                          HARTEL, KANE, DeSANTIS,
                          MacDONALD & HOWIE, LLP



                          Deborah E. Kane
                          DC Bar no. 433925
                          11720 Beltsville Drive
                          Suite 500
                          Beltsville, MD 20705
                          Telephone: (301) 486-1200
                          Facsimile: (301) 486-0935
                          Counsel for Defendant
                          dkane@hartelkane.com

HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205