# AFFIDAVIT OF PROCESS SERVER

United States District Court                    District Of Columbia

**Ahmed Ali, MD**

    Plaintiff

vs.

**Envision Hospital Corporation, d/b/a Greater Southeast Hospital, et al**

    Defendant

Attorney:

Culotta & Culotta, LLP
Jennifer Culotta
432 E. Court Ave.
Jeffersonville, IN. 47130

**Case Number:** 1:08-cv-00431

Legal documents received by Same Day Process Service on March 21st, 2008 at 3:30 PM to be served upon **Envision Hospital Corp., d/b/a Greater Southeast Hospital of Washington, c/o CT Corporation System at 1015 15th St., NW, Suite 1000, Washington, DC. 20005**

I, Terrance Williams, swear and affirm that on **March 24th, 2008 at 11:45 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint and Demand for Trial by for Jury; Final Order; Initial Electronic Case Filing Order; Electronic Case Files Attorney/Participant Registration Form** to Louis Lance as Fulfillment Specialist & Authorized Agent of **Envision Hospital Corp., d/b/a Greater Southeast Hospital of Washington, c/o CT Corporation System.**

**Description of Person Accepting Service:**
Sex: Male   Age: 36   Height: 5'11   Weight: 165   Skin Color: white   Hair Color: brown   Glasses: Y

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Terrance Williams**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000008363

District of Columbia: SS
Subscribed and Sworn to before me,
this 25 day of MARCH, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AHMED ALI, M.D.,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

ENVISION HOSPITAL CORPORATION, d/b/a GREATER SOUTHEAST HOSPITAL OF WASHINGTON, DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH, HEALTH REGULATION AND LICENSING ADMINISTRATION, SCOTT C. BURR, MD, and WILTON O. NEDD, MD,
    Defendants.

CASE

Case: 1:08-cv-00431
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 3/12/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

ENVISION HOSPITAL CORPORATION
d/b/a GREATER SOUTHEAST HOSPITAL OF WASHINGTON
c/o CT CORPORATION SYSTEM
1015 15TH STREET NW, SUITE 1000
WASHINGTON, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)



Jennifer H. Culotta
432 E. Court Avenue
Jeffersonville, IN.
47130

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      MAR 12 2008

CLERK      DATE

_(signature)_
(By) DEPUTY CLERK