# AFFIDAVIT OF PROCESS SERVER

## United States District Court      District Of Columbia

**Ahmed Ali, MD**

    Plaintiff

vs.

**Envision Hospital Corporation, d/b/a Greater Southeast Hospital, et al**

    Defendant

Attorney:

Culotta & Culotta, LLP
Jennifer Culotta
432 E. Court Ave.
Jeffersonville, IN. 47130

**Case Number:** 1:08-cv-00431

Legal documents received by Same Day Process Service on March 21st, 2008 at 3:30 PM to be served upon **District of Columbia Department of Health, Health Regulation and Licensing Administration at 717 14th St., NW, Suite 600, Washington, DC. 20005**

I, Terrance Williams, swear and affirm that on **March 24th, 2008 at 11:30 AM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint and Demand for Trial by for Jury; Final Order; Initial Electronic Case Filing Order; Electronic Case Files Attorney/Participant Registration Form**, to **John C. Greenbaugh** as **Authorized Agent** of the within named agency, to wit: **DC Department of Health, Health Regulation and Licensing Administration** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 52   Height: 5'11   Weight: 179   Skin Color: white   Hair Color: Gray   Glasses: Y

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Terrance Williams
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000008365

District of Columbia: SS
Subscribed and Sworn to before me,
this _26_ day of _MARCH_, _2008_

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AHMED ALI, M.D.,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

ENVISION HOSPITAL CORPORATION, d/b/a GREATER SOUTHEAST HOSPITAL OF WASHINGTON, DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH, HEALTH REGULATION AND LICENSING ADMINISTRATION, SCOTT C. BURR, MD, and WILTON O. NEDD, MD,
    Defendants.

CAS

Case: 1:08-cv-00431
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 3/12/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH,
HEALTH REGULATION AND LICENSING ADMINISTRATION
717 14TH STREET NW, SUITE 600
WASHINGTON, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)



Jennifer H. Cilotta
425 E. Burt Ave.
Jeffersonville, IN.
47130

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

MAR 12 2008
DATE

(By) DEPUTY CLERK