IN THE FEDERAL DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI, MD**<br>12307 Pleasant Prospect Rd.<br>Mitchellville, MD 20721<br><br>**Plaintiff**<br><br>-vs-<br><br>**ENVISION HOSPITAL CORPORATION**<br>**d.b.a. GREATER SOUTHEAST HOSPITAL**<br>**OF WASHINGTON**<br>1310 Southern Avenue SE<br>Washington, DC 20032-4623<br><br>**DISTRICT of COLUMBIA DEPARTMENT**<br>**of HEALTH, HEALTH REGULATION**<br>**AND LICENSING ADMINISTRATION**<br>717 14th Street NW, Suite 600<br>Washington, DC 20005<br><br>**SCOTT C. BURR, M.D.**<br>1310 Southern Avenue SE<br>Washington, DC 20032<br><br>**WILTON O. NEDD, M.D.**<br>106 Irving Street NW<br>Washington, DC 20010<br><br>**Defendants.** | **Judge Colleen Kollar-Kotelly**<br><br><br><br><br><br><br><br><br><br><br>**Case No. : 2008-CV-431-CKK** |

## PLAINTIFF'S RESPONSE TO DEFENDANT DISTIRCT OF COLUMBIA'S MOTION TO DISMISS THE COMPLAINT

COMES NOW Plaintiff Ahmed Ali, M.D., by counsel herein, in response to District of Columbia's Motion to Dismiss his Complaint. Plaintiff would hereby show that the predicate upon which Defendant District of Columbia's prior Motion was based has now been remedied.

-1-

Defendant District of Columbia, in its Motion to Dismiss bases its Motion to Dismiss upon two allegations:

1. That Defendant District of Columbia was not properly served pursuant to Federal Rule of Civil Procedure 4(j)(2), which directs the Court to the Local Rules for service on the District of Columbia. Civil Rule 4(j) of the District of Columbia Superior Court Rules is applicable and because service was improperly perfected, the District has moved the Court for an Order dismissing the Plaintiff's Complaint pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure.

2. That the District of Columbia Department of Health, Health Regulation and Licensing Administration is *non sui juris* and that the Plaintiff's Complaint as to the District could alternatively be dismissed on that basis.

The Plaintiff has reviewed the District's Superior Court Rules including, but not limited to, Civil Rule 4(j). He has filed an Amended Complaint substituting the District of Columbia for the District of Columbia Department of Health, Health Regulation and Licensing Administration. Said Complaint has been filed with the Clerk of this Honorable Court and is pending service. Further, service will be upon the District of Columbia Attorney General's Office in addition to the Mayor's Office pursuant to the above-mentioned Superior Court Civil Rule.

Plaintiff would also show that while the District of Columbia Department of Health, Health Regulation and Licensing Administration is, indeed, *non sui juris*, the District may be named and may be held liable for the negligent acts and/or omissions of its agents, employees, and contractors for such acts performed in the course of their agency. The District of Columbia, which for purposes of litigation under 42 U.S. Code Section 1983 may be treated as a municipality, can be named in a Complaint such as this. Plaintiff has done just that in his

Amended Complaint, which will be served upon the Mayor and Attorney General's Office once a new Summons has been received and service can be perfected by certified mail.

WHEREFORE, Plaintiff having completely addressed the issues cited in the District's Motion to Dismiss and likewise having cured any imperfections in service and/or wording of his initial Complaint hereby respectfully requests that this Honorable Court deny Defendant District of Columbia's Motion to Dismiss.

Respectfully submitted this April 25, 2008.

**MEDICOLEGAL CONSULTANTS, LLC**

*S/C. William Hinnant, Jr.*
C. William Hinnant, Jr., Federal Bar # 9129
112 Essex Drive
Anderson, SC 29621
(864) 226-6132

ATTORNEY FOR AHMED ALI, M.D.