UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ALI, ) | |
| ) | |
| Plaintiff, ) | Docket Number: 2008 CV 431 |
| ) | Judge Colleen Kollar-Kotelly |
| v. ) | |
| ) | |
| ENVISION HOSPITAL ) | |
| CORPORATION, et. al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANT DISTRICT OF COLUMBIA'S REPLY TO PLAINTIFF'S
RESPONSE TO MOTION TO DISMISS**

The District of Columbia, by its attorney the Office of the Attorney General for the District of Columbia, replies to Plaintiff's response to the District's motion to dismiss the complaint on procedural grounds and states:

1. Plaintiff has filed an amended complaint (Docket # 13) that now names the District of Columbia, thus, the District withdraws its motion to dismiss pursuant to Fed.R.Civ.P 12(b)(2) for lack of jurisdiction over a *non sui juris* agency, the Department of Health.

2. As of this filing, the District has not been properly served pursuant to Fed.R.Civ.P 4(j)(2). Upon notification of proper service on the Mayor and the Attorney General[1], the District will withdraw the portion of its

---

[1] The undersigned AAG gave counsel for Plaintiff the names of the persons designated to accept service on behalf of the Mayor and the Attorney General, respectively.

motion to dismiss relating to Fed.R.Civ.P. 12(b)(5) for lack of service of process.[2]

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


____/s/ Ellen A. Efros_____
ELLEN A. EFROS [250746]
Chief, Equity I Section
Civil Litigation Division


___/s/  Jayme B. Kantor_____
Jayme B. Kantor [488502]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6627
F(202) 727-3625

---

[2] Upon proper service, the District will move to enlarge the time within which to respond to the amended complaint. As of this filing, the undersigned has not heard back from Plaintiff's counsel on this matter.