UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AHMED ALI, | ) | |
| | ) | |
|     Plaintiff, | ) | Docket Number: 2008 CV 431 |
| | ) | Judge Colleen Kollar-Kotelly |
| v. | ) | |
| | ) | |
| ENVISION HOSPITAL | ) | |
| CORPORATION, et. al. | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO
ENLARGE TIME WITHIN WHICH TO RESPOND TO AMENDED
COMPLAINT**

The District of Columbia (the "District"), through its attorney the Office of the Attorney General for the District of Columbia, moves the Court to enlarge the time within which the District of Columbia may file its response to Plaintiff's Amended Complaint, pursuant to Fed.R.Civ.P. 6(b), for the following reasons:

1. Pursuant to Fed.R.Civ.P. 15(a), the District would have 10 days to respond to Plaintiff's Amended Complaint from the date of service.

2. The District noted in its reply to Plaintiff's response to Defendant District of Columbia's Motion to Dismiss that it intended to file a motion to enlarge the time within which to respond to Plaintiff's Amended Complaint. *Docket Numebr 14*, n. 2.

3. As of May 6, 2008, service has not been completed pursuant to Fed.R.Civ.P. 4(j). The undersigned has been informed that Plaintiff sent the complaint via certified mail to the appropriate designees recently.

1

4. The undersigned is taking this precaution, even though service has not yet been completed, in order to ensure that a responsive pleading from the District is timely because she will be out of the office from May 12-23, 2008.

5. Counsel for Plaintiff consents to this relief sought.

6. Assuming service is properly made in the immediate future on the District of Columbia, the District requests until **June 30, 2008,** to file its responsive pleading to the Amended Complaint.

WHEREFORE, the District of Columbia requests this Honorable Court to grant its motion to enlarge the time within which to file a response to Plaintiff's Amended Complaint and extend the time to respond to June 30, 2008.   Attached is a proposed order.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        ____/s/ Ellen A. Efros_____
        ELLEN A. EFROS [250746]
        Chief, Equity I Section
        Civil Litigation Division


        ____/s/  Jayme B. Kantor_____
        Jayme B. Kantor [488502]
        Assistant Attorney General

441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6627
F(202) 727-3625

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ALI, ) | |
| ) | |
| Plaintiff, ) | Docket Number: 2008 CV 431 |
| ) | Judge Colleen Kollar-Kotelly |
| v. ) | |
| ) | |
| ENVISION HOSPITAL ) | |
| CORPORATION, et. al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

The District of Columbia, through counsel, moves the Court to enlarge the time within which to respond to Plaintiff's Amended Complaint, filed on April 24, 2008. *Docket Number 13*, *Cf. Docket Numbers 4 and 14*. The District would have 10 days to respond to the amended complaint from the date of service pursuant to Fed.R.Civ.P. 12(a), however, service has not been perfected as of May 6, 2008, in accord with Fed.R.Civ.P. 4(j).

Although this motion may seem preemptive, Plaintiff's counsel represents that it is expected that service will be completed within the next few days. This would trigger the time to start running on the District's time to respond and could likely conflict with the undersigned's planned vacation from May 12-23, 2008. Thus, the District requests until **June 30, 2008,** to file its response to Plaintiff's Amended Complaint. This time should be sufficient for service to be completed and for the District to properly

1

investigate the allegations set forth in the complaint. The District submits as authority for this relief the following:

1. Fed.R.Civ.P. 6(b)(1).

2. The inherent authority of the Court.

3. The record herein.

4. The consent of the parties.

WHEREFORE, the District of Columbia requests this Honorable Court to grant its motion to enlarge the time within which to file a response to Plaintiff's Amended Complaint and extend the time to respond to June 30, 2008.

                                      Respectfully submitted,

                                      PETER J. NICKLES
                                      Interim Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division

                                      ___/s/ Ellen A. Efros_____
                                      ELLEN A. EFROS [250746]
                                      Chief, Equity I Section
                                      Civil Litigation Division

                                      __/s/ Jayme B. Kantor_____
                                      Jayme B. Kantor [488502]
                                      Assistant Attorney General
                                      441 4th Street, N.W.
                                      6th Floor South
                                      Washington, D.C. 20001
                                      P(202) 724-6627
                                      F(202) 727-3625

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ALI, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ENVISION HOSPITAL )<br>CORPORATION, et. al. )<br>)<br>    Defendants. )<br>_____) | **Docket Number: 2008 CV 431**<br>**Judge Colleen Kollar-Kotelly** |

**ORDER**

Upon consideration of Defendant District of Columbia's Consent Motion to Enlarge the Time Within Which to Respond to Plaintiff's Amended Complaint, it is, by this Court, hereby

    **ORDERED**: That Defendant District of Columbia's motion is **GRANTED**, and

    **FURTHER ORDERED**: That the District shall respond to Plaintiff's Amended Complaint on or before **June 30, 2008**.

                                                 _____
                                               Judge Colleen Kollar-Kotelly

Copies to:

Jayme Kantor
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001

C. William Hinnant, Jr.
112 Essex Drive
Anderson, S.C. 29621