IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ALI, M.D. : | |
|    Plaintiff : | CASE:  1:08 CV 00431<br>Assigned to: Kollar-Kotelly, Colleen |
| v. : | |
| SCOTT C. BURR, M.D. :<br>7002 Quisinberry Way<br>Bowie, Maryland 20720 | |
| WILTON O. NEDD, M.D. : | |
| ENVISION HOSPITAL CORPORATION:<br>d/b/a GREATER SOUTHEAST<br>HOSPITAL | |
| DISTRICT OF COLUMBIA DEPT. :<br>OF HEALTH, HEALTH REGULATION<br>AND LICENSING ADMINISTRATION | |
|    Defendants : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter the appearance of D. Lee Rutland, Esquire of Wharton Levin, Ehrmantraut & Klein as co-counsel for Defendant Scott C. Burr, M.D.

                  **Wharton, Levin, Ehrmantraut & Klein**

                  /s/ Gregory S. McKee
                  _____
                  Gregory S. McKee     Bar #470474

/s/ D. Lee Rutland
_____
D. Lee Rutland     Bar #385761
104 West Street
P.O. Box 551
Annapolis, MD 21404-0551
(410) 263-5900

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of May, 2008, a copy of the foregoing was forwarded to:

Deborah Kane, Esq.
Hartel, Kane, DeSantis, MacDonald & Howie
11720 Beltsville Drive, Suite 500
Beltsville, MD  20705
    Counsel for Envision Hospital Corporation

Jennifer Hinkebein Culotta
Culotta & Culotta, LLP
432 E. Court Avenue
Jeffersonville, IN  47130
    Counsel for Plaintiff

C. William Hinnant, Jr., M.D., J.D.
Medicolegal Consultants, LLC
112 Essex Drive
Anderson, SC  29621
    Counsel for Plaintiff

/s/ D. Lee Rutland
_____
D. Lee Rutland, Esq.  #385761