IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ALI, M.D.                    : | |
|         Plaintiff                  : | CASE:  1:08 CV 00431 |
|                                      | Assigned to: Kollar-Kotelly, Colleen |
| v.                                 : | |
| SCOTT C. BURR, M.D.                : | |
| 7002 Quisinberry Way                 | |
| Bowie, Maryland 20720                | |
| WILTON O. NEDD, M.D.               : | |
| ENVISION HOSPITAL CORPORATION:       | |
| d/b/a GREATER SOUTHEAST              | |
| HOSPITAL                             | |
| DISTRICT OF COLUMBIA DEPT.         : | |
| OF HEALTH, HEALTH REGULATION         | |
| AND LICENSING ADMINISTRATION         | |
|         Defendants                 : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

      Please withdraw the appearance of Gregory S. McKee, Esquire of Wharton, Levin, Ehrmantraut & Klein as co-counsel for Defendant Scott C. Burr, M.D.

      D. Lee Rutland, Esquire of Wharton, Levin, Ehrmantraut & Klein will remain as counsel for Defendant Scott C. Burr, M.D.

**Wharton, Levin, Ehrmantraut & Klein**

/s/ Gregory S. McKee

_____
Gregory S. McKee     Bar #470474

/s/ D. Lee Rutland

_____
D. Lee Rutland        Bar #385761
104 West Street
P.O. Box 551
Annapolis, MD 21404-0551
 (410) 263-5900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2008, a copy of the foregoing was forwarded to:

Deborah Kane, Esq.
Hartel, Kane, DeSantis, MacDonald & Howie
11720 Beltsville Drive, Suite 500
Beltsville, MD  20705
    Counsel for Envision Hospital Corporation

Jennifer Hinkebein Culotta
Culotta & Culotta, LLP
432 E. Court Avenue
Jeffersonville, IN  47130
    Counsel for Plaintiff

C. William Hinnant, Jr., M.D., J.D.
Medicolegal Consultants, LLC
112 Essex Drive
Anderson, SC  29621
    Counsel for Plaintiff

Peter J. Nickles
Ellen A. Efros
Jayme B. Kantor
Attorney General for the District of Columbia
441 – 4th Street, NW
6th Floor South
Washington, DC  20001
       Counsel for District of Columbia

                /s/ Gregory S. McKee
                _____
                Gregory S. McKee    Bar #470474