## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ALI, **MD,** )<br><br>**Plaintiff,** )<br><br>-vs- )<br><br>**ENVISION HOSPITAL CORPORATION d/b/a** )<br>GREATER SOUTHEAST COMMUNITY )<br>HOSPITAL OF WASHINGTON, ET AL., )<br><br>**Defendants.** ) | **Case No. 1:08-cv-00431- CKK**<br><br>**AFFIDAVIT OF SERVICE**<br>**OF DEFENDANT**<br>**SCOTT C. BURR, M.D.** |

I, Amelia M. Nelson, paralegal for C. William Hinnant, Jr., swear and affirm that

on **May 6, 2008,** the Defendant Scott C. Burr, M.D., was served the **Amended Complaint**

by and through his attorney in the above captioned matter via Certified Mail

as shown below on the Return Receipt.

Amelia M. Nelson, Paralegal
MedicoLegal Consultants, LLC

SWORN TO BEFORE ME
This IT day of May, 2008.

Notary Public for South Carolina
My Commission Expires:  fi.)-d- X13

---

OMPLETE *THIS* SECTION

,te Items 1 | 2 and 3. Also complete If
Restricted Delivery is desired.
your name and address on the reverse
that we can return the card to you.
%rtach this card to the back of the mallplece,
or on the front if space permits.

1. Article Addressed to:

14--'-

"b 3 R • 1/1-                    .A
   1, ¹¹D¹/⁴⁾1W⁰a,

COMPLETE THIS SECTION ON DELIVERY

**priPT**na

Agent
❑ Mdrasse
e ' e of livery

t

D. Is delivery add   different from item 1? 0 Yes
If YES, enter delivery address below:   0 No

3. Service Tvpe



| | | 0 Registered | 0 Return |
|---|---|---|---|
| tW9¡1:3a-> | El insured Mall | | |
| 4. | Restricted Delivery? *(Edna Fee)*0 | | |

y       e       a

2. Article Nurriber

*(Transfer from service lebe0*

7007  0710 0004  8279 5489_

AO 4-10 Rev.wip September 2003) Summons CO Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AHMED ALI, M.D., Plaintiff,

SUMMONS IN A CIVIL CASE

V.

ENVISION HOSPITAL CORPORATION, d.b.a. GREATER SOUTHEAST
COMMUNITY HOSPITAL OF WASHINGTON; THE DISTRICT OF
COLUMBIA (ON BEHALF OF ITS HEALTH REGULATION AND
LICENSING ADMINISTRATION); SCOTT C. BURR, M.O.; and WILTON O.
NEDD, M.D.;
          DEFENDANTS.

CASE NUMBER: 1:08-CV-00431-CKK

TO: (Name and address of Defendant)

SCOTT C. BURR, M.D.
1310 SOUTHERN AVENUE, SE
WASHINGTON, DC 20032

YOU **ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. WILLIAM HINNANT, JR.
MEDICOLEGAL CONSULTANTS, LLC
112 ESSEX DRIVE
ANDERSON, SC 29621

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

_____
CLERK
          — 1 —    M I A 7 )

(By) DEPUTY CLERK

DATE    4/28/08