# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ALI, **MD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | **Case No. 1:08-cv-00431- CKK** |
| ) | |
| **ENVISION HOSPITAL CORPORATION d/b/a** ) | **AFFIDAVIT OF SERVICE** |
| GREATER SOUTHEAST COMMUNITY ) | **OF DEFENDANT** |
| HOSPITAL OF WASHINGTON, ET AL.,** ) | **SCOTT C. BURR, M.D.** |
| ) | |
| **Defendants.** ) | |

I, Amelia M. Nelson, paralegal for C. William Hinnant, Jr., swear and affirm that

on **May 6, 2008,** the Defendant Scott C. Burr, M.D., was served the **Amended Complaint**

by and through his attorney in the above captioned matter via Certified Mail

as shown below on the Return Receipt.

_____
Amelia M. Nelson, Paralegal
MedicoLegal Consultants, LLC

SWORN TO BEFORE ME
This IT day of May, 2008.

_____
Notary Public for South Carolina
My Commission Expires: fi.)-d- X13

---

COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY

,te Items 1 | 2 and 3. Also complete If Restricted Delivery is desired.
your name and address on the reverse that we can return the card to you.
%rtach this card to the back of the mallplece, or on the front if space permits.

**priPT**na     Agent
              ❏ Mdrasse
              e ' e of livery

D. Is delivery add different from item 1? 0 Yes
If YES, enter delivery address below:   0 No

1. Article Addressed to:
   •
                  14--'-
"b 3 R • 1/1-           .A
   1,¹¹D¹/⁴)¹W⁰a,

3. Service Type



4.
y    e    a

2. Article Nurriber

*(Transfer from service lebe0*

7007 0710 0004 8279 5489_

AO 4-10 Rev.wip September 2003) Summons CO Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AHMED ALI, M.D., Plaintiff,

SUMMONS IN A CIVIL CASE

V.

ENVISION HOSPITAL CORPORATION, d.b.a. GREATER SOUTHEAST COMMUNITY HOSPITAL OF WASHINGTON; THE DISTRICT OF COLUMBIA (ON BEHALF OF ITS HEALTH REGULATION AND LICENSING ADMINISTRATION); SCOTT C. BURR, M.O.; and WILTON O. NEDD, M.D.;
   DEFENDANTS.

CASE NUMBER: 1:08-CV-00431-CKK

TO: (Name and address of Defendant)

SCOTT C. BURR, M.D.
1310 SOUTHERN AVENUE, SE
WASHINGTON, DC 20032

YOU **ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. WILLIAM HINNANT, JR.
MEDICOLEGAL CONSULTANTS, LLC
112 ESSEX DRIVE
ANDERSON, SC 29621

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK                                               DATE  4/28/08

− 1 − M I A 7 )

(By) DEPUTY CLERK