## IN THE FEDERAL DISTRICT COURT OF THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AHMED ALI, MD** <br> 12307 Pleasant Prospect Rd. <br> Mitchellville, MD 20721 <br><br> **Plaintiff** <br><br> -vs- <br><br> **ENVISION HOSPITAL CORPORATION** <br> **d.b.a. GREATER SOUTHEAST HOSPITAL** <br> **OF WASHINGTON** <br> 1310 Southern Avenue SE <br> Washington, DC 20032-4623 <br><br> **DISTRICT of COLUMBIA DEPARTMENT** <br> **of HEALTH, HEALTH REGULATION** <br> **AND LICENSING ADMINISTRATION** <br> 717 14th Street NW, Suite 600 <br> Washington, DC 20005 <br><br> **SCOTT C. BURR, M.D.** <br> 1310 Southern Avenue SE <br> Washington, DC 20032 <br><br> **WILTON O. NEDD, M.D.** <br> 106 Irving Street NW <br> Washington, DC 20010 <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Judge Colleen Kollar-Kotelly** <br><br><br><br><br><br><br><br><br><br> **Case No. : 1:08-CV-00431-CKK** |

### MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW Plaintiff by undersigned counsel in the above-fashioned action pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure to move this Court for an Order allowing him to amend his previously filed Complaint.

Said Complaint originally named the District of Columbia's Department of Health as a Defendant in addition to Envision Hospital Corporation, d/b/a Greater Southeast Hospital.

-1-

The proper Defendants should have been named as the District of Columbia and Envision Hospital Corporation, d/b/a Greater Southeast Community Hospital of Washington, in lieu of the District of Columbia Department of Health, Health Regulation and Licensing Administration and Envision Hospital Corporation, d/b/a Greater Southeast Hospital of Washington.

The amendment to this Complaint includes only the renaming of these Defendants and does not encompass any changes as to the substantive allegations previously made in said Complaint. None of the Defendants are prejudiced through this renaming of these two Defendants so as to properly name the relevant parties and interest.

An Amended Complaint has already been served upon these parties; however, at that time counsel for the Plaintiff did not realize that Defendant Envision Hospital Corporation had already filed an Answer. Plaintiff's counsel has discussed this Motion with respective Defense counsel and has been assured that no opposition is forthcoming. By and through this Motion, counsel attempts to correct the malady stated and properly proceed under the applicable Federal Rules of Civil Procedure.

**I SO MOVE.**

**MEDICOLEGAL CONSULTANTS, LLC**

*s/C. William Hinnant, Jr.*
_____
C. William Hinnant, Jr., MD JD
Federal Bar # 9129
112 Essex Drive
Anderson, SC 29621
(864) 226-6132, Fax: (864) 225-0830

**ATTORNEY FOR PLAINTIFF**

Dated: May 28, 2008
Anderson, South Carolina