```
            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

AHMED ALI, M.D.                  :
                                 :
        Plaintiff,               :CASE: 1:08 CV 00431
                                 :Assigned To: Kollar-Kotelly,
    v.                           :Colleen
                                 :Assign Date: 3/12/2008
ENVISION HOSPITAL                :Description: Civil Rights-
CORPORATION                      :Non-Employ.
d.b.a. GREATER SOUTHEAST         :
HOSPITAL OF WASHINGTON, et al.:
                                 :
        Defendants.              :

## DEFENDANT'S RESPONSE TO CLARIFY PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Defendant Envision Hospital Corporation d/b/a Greater Southeast Hospital of Washington, et al., improperly named, by and through counsel, Deborah E. Kane and HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP, hereby responds to clarify Plaintiff's Motion for Leave to Aamend Complaint, and states as follows:



1. To clarify and/or correct various statements in Plaintiff's Motion for Leave to Amend Complaint, Defendant does not oppose Plaintiff's motion, but Defendant specifically reserves the right to raise any and all procedural, substantive and/or affirmative defenses, including the wrong identification and naming of the subject Defendant. Defendant does not waive any defenses to the "renaming" of this Defendant and/or "to correct the malady stated" as stated by Plaintiff. However, as to the very limited purpose of leave to amend, this Defendant will not oppose the requested leave, although this Defendant does not agree that this Defendant is properly named.

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

WHEREFORE, Defendant hereby files its Response to clarify its position to Plaintiff's Motion for Leave to Amend Complaint.

Respectfully submitted,

HARTEL, KANE, DESANTIS,
MacDONALD & HOWIE, LLP


/s/ Deborah E. Kane
Deborah E. Kane
DC Bar no. 433925
Calverton Office Park
11720 Beltsville Drive
Suite 500
Beltsville, MD 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
Counsel for Defendants
dkane@hartelkane.com



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing Defendant's Response to Plaintiff's Motion for Leave to Amend Complaint was mailed, postage prepaid, this 29th day of May, 2008, to:

Jennifer Hinkebein Culotta
Culotta & Culotta, LLP
432 E. Court Avenue
Jefferson, IN 47130

D. Lee Rutland
104 West Street
P.O. Box 551
Annapolis, Maryland 21404-051

C. William Hinnant, Jr., MD JD
Medicolegal Consultants, LLC
Federal Bar # 9129
112 Essex Drive
Anderson, SC 29621

Peter J. Nickles
Ellen A. Efros
Jayme B. Kantor
Attorney General for the District of Columbia
441-4th Street, NW
6th Floor South
Washington, DC 20001

/s/
Deborah E. Kane

E:\DEK\Ali v Envision\Defendant's Response to Plaintiff's Motion for Leave to Amend Complaint 5.29.08.wpd



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205