## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Ahmed Ali, M.D. ) | |
| ) | Civil Action No.: 1:08-CV-00431-CKK |
| Plaintiff, ) | **JUDGE COLLEEN KOLLAR-KOTELLY** |
| ) | |
| vs. ) | |
| ) | **MOTION FOR** |
| Envision Hospital Corporation d/b/a ) | **ORDER OF PROTECTION** |
| Greater Southeast Community ) | |
| Hospital of Washington, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT HAS BEEN MADE TO APPEAR that C. William Hinnant, Jr. will be out of town on the following dates for the following reasons, and should, therefore, be protected from any court appearances:

1. September 25—28, 2008, to speak at CLE meeting in Chicago, Illinois;

2. October 10—25, 2008, during this period counsel is to attend and speak at the World Conference on Medical Law in Beijing, China; and

3. November 19—21, 2008, for vacation.

**I SO MOVE:**

*s/C. William Hinnant, Jr.*
C. William Hinnant, Jr.
Federal Bar # 9129
112 Essex Drive
Anderson, SC 29621
(864) 226-6132, Fax: (864) 225-0830

**ATTORNEY FOR PLAINTIFF**

June 11, 2008
Anderson, South Carolina