AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AHMED ALI, M.D.,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

ENVISION HOSPITAL CORPORATION, d.b.a. GREATER SOUTHEAST
COMMUNITY HOSPITAL OF WASHINGTON; THE DISTRICT OF
COLUMBIA (ON BEHALF OF ITS HEALTH REGULATION AND
LICENSING ADMINISTRATION); SCOTT C. BURR, M.D.; and WILTON
O. NEDD, M.D.;
    DEFENDANTS.

CASE NUMBER:   1:08-CV-00431-CKK

TO: (Name and address of Defendant)

The District of Columbia (On behalf of its Health Regulation and Licensing Administration)
c/o The Office of the Mayor of the District of Columbia
1350 Pennsylvania Avenue, NW - Suite 310
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. WILLIAM HINNANT, JR.
MEDICOLEGAL CONSULTANTS, LLC
112 ESSEX DRIVE
ANDERSON, SC 29621

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    4/28/08

CLERK                                          DATE

T. Davis

(By) DEPUTY CLERK

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General
Government of DC
441 4th St NW, #1060N
Washington, DC 20001

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: 5/5/08
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7007 0710 0004 8279 5472

PS Form 3811, February 2004    Domestic Return Receipt    ALI    102595-02-M-1540

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Mayor
John A Wilson Bldg.
1350 Pennsylvania Ave NW
#310
Washington, DC 20004
Attn: Tabatha Braxton

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X M. Smith ☐ Agent ☐ Addressee
B. Received by (Printed Name): DC Gov't
C. Date of Delivery: 5-6-2008
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7007 0710 0004 8279 5465

PS Form 3811, February 2004    Domestic Return Receipt    ALI    102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AHMED ALI, MD,            )
                          )
    Plaintiff,            )
                          )
-vs-                      )   Case No. 1:08-cv-00431- CKK
                          )
ENVISION HOSPITAL CORPORATION d/b/a )   AFFIDAVIT OF SERVICE
GREATER SOUTHEAST COMMUNITY )   OF DEFENDANT
HOSPITAL OF WASHINGTON, ET AL., )   DISTRICT OF COLUMBIA
                          )
    Defendants.           )

I, Amelia M. Nelson, paralegal for C. William Hinnant, Jr., swear and affirm that the Defendant District of Columbia was served the **Complaint** by and through the **Office of the Attorney General** and the **Mayor's Office** on **April 21, 2008,** in the above captioned matter via Certified Mail as shown on the below Return Receipts.

Amelia M. Nelson, Paralegal
MedicoLegal Consultants, LLC

SWORN TO BEFORE ME
This 19th day of May, 2008.

Cindy C. Reaves
Notary Public for South Carolina
My Commission Expires: 10/8/2013

**First Return Receipt:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Adrian Fenty
Mayor, Dist. of Col.,
John A. Wilson Bldg.
1350 Pennsylvania Ave NW
#310
Washington, DC 20004

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X M. Smith    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): [illegible] Cur T
C. Date of Delivery: 4-21-2008

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0004 8279 5403

PS Form 3811, February 2004    Domestic Return Receipt   ALI   102595-02-M-1540

---

**Second Return Receipt:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General
Government of Dist. of Col.
One Judiciary Square
441 4th St NW, Suite 1060N
Washington, DC 20001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Alvin Williams    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Alvin Williams
C. Date of Delivery: 4/21/08

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0004 8279 5410

PS Form 3811, February 2004    Domestic Return Receipt   ALI   102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AHMED ALI, M.D.,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

ENVISION HOSPITAL CORPORATION, d.b.a. GREATER SOUTHEAST COMMUNITY HOSPITAL OF WASHINGTON; THE DISTRICT OF COLUMBIA (ON BEHALF OF ITS HEALTH REGULATION AND LICENSING ADMINISTRATION); SCOTT C. BURR, M.D.; and WILTON O. NEDD, M.D.;
    DEFENDANTS.

CASE NUMBER: 1:08-CV-00431-CKK

TO: (Name and address of Defendant)

ENVISION HOSPITAL CORPORATION, d/b/a Greater Southeast Community Hospital of Washington
c/o Deborah E. Kane
Hartel, Kane, DeSantis, MacDonald & Howie, LLP
Calverton Office Park
11720 Beltsville Dr., Siute 500
Beltsville, MD 20705

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. WILLIAM HINNANT, JR.
MEDICOLEGAL CONSULTANTS, LLC
112 ESSEX DRIVE
ANDERSON, SC 29621

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK    T. Davis

DATE 4/28/08

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AHMED ALI, MD, )
)
      Plaintiff, )
)
-vs- )   Case No. 1:08-cv-00431- CKK
)
ENVISION HOSPITAL CORPORATION d/b/a )
GREATER SOUTHEAST COMMUNITY )   AFFIDAVIT OF SERVICE
HOSPITAL OF WASHINGTON, ET AL., )   OF DEFENDANT
)   ENVISION HOSPITAL CORP.
      Defendants. )

I, Amelia M. Nelson, paralegal for C. William Hinnant, Jr., swear and affirm that on **May 6, 2008**, the Defendant Envision Hospital Corporation was served the **Amended Complaint** through its attorney in the above captioned matter via Certified Mail as shown below on the Return Receipt.

_Amelia M Nelson_
Amelia M. Nelson, Paralegal
MedicoLegal Consultants, LLC

SWORN TO BEFORE ME
This 19th day of May, 2008.

_Cindy C. Reaves_
Notary Public for South Carolina
My Commission Expires: 10-8-2013

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deborah Sanders Kane
Hostel, Kane, et al
11720 Beltsville Dr. #500
Beltsville, MD 20705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _signature_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 6-5

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0004 8279 5519

PS Form 3811, February 2004   Domestic Return Receipt   ALI   102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AHMED ALI, M.D.,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

ENVISION HOSPITAL CORPORATION, d.b.a. GREATER SOUTHEAST COMMUNITY HOSPITAL OF WASHINGTON; THE DISTRICT OF COLUMBIA (ON BEHALF OF ITS HEALTH REGULATION AND LICENSING ADMINISTRATION); SCOTT C. BURR, M.D.; and WILTON O. NEDD, M.D.;
    DEFENDANTS.

CASE NUMBER:   1:08-CV-00431-CKK

TO: (Name and address of Defendant)

WILTON O. NEDD, M.D.
106 IRVING STREET, NW
WASHINGTON, DC 20010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. WILLIAM HINNANT, JR.
MEDICOLEGAL CONSULTANTS, LLC
112 ESSEX DRIVE
ANDERSON, SC 29621

an answer to the AMENDED complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK   T. Davis

DATE  4/28/08

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AHMED ALI, M.D.,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

ENVISION HOSPITAL CORPORATION, d.b.a. GREATER SOUTHEAST COMMUNITY HOSPITAL OF WASHINGTON; THE DISTRICT OF COLUMBIA (ON BEHALF OF ITS HEALTH REGULATION AND LICENSING ADMINISTRATION); SCOTT C. BURR, M.D.; and WILTON O. NEDD, M.D.;
    DEFENDANTS.

CASE NUMBER:   1:08-CV-00431-CKK

TO: (Name and address of Defendant)

WILTON O. NEDD, M.D.
106 IRVING STREET, NW
WASHINGTON, DC 20010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. WILLIAM HINNANT, JR.
MEDICOLEGAL CONSULTANTS, LLC
112 ESSEX DRIVE
ANDERSON, SC 29621

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

_T. Davis_
CLERK

DATE  4/28/08

(By) DEPUTY CLERK

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

Ahmed Ali, MD

    Plaintiff

vs.

Envision Hospital Corporation, d/b/a Greater Southeast Hospital, et al

    Defendant

Attorney:

Medicolegal Consultants, LLC
C. William Hinnant, Jr. MD, JD
112 Essex Dr.
Anderson, SC. 29621

Case Number: 1:08-cv-00431

Legal documents received by Same Day Process Service on May 05th, 2008 at 5:30 PM to be served upon Wilton O. Nedd, M.D. at 1160 Varnum St., NE, #217, Washington, DC. 20017

I, Brandon A. Snesko, swear and affirm that on **May 08th, 2008 at 12:55 PM**, I did the following:

**Individually Served Wilton O. Nedd, M.D.** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Amended Complaint and Demand for Trial by for Jury; Final Order** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 50   Height: 5'10"   Weight: 170   Skin Color: Black   Hair Color: black & gray & black mustache   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000009385

District of Columbia: SS
Subscribed and Sworn to before me,
this 12 day of MAY 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012.

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

Ahmed Ali, MD

    Plaintiff

vs.

Envision Hospital Corporation, d/b/a Greater Southeast Hospital, et al

    Defendant

Attorney:

Culotta & Culotta, LLP
Jennifer Culotta
432 E. Court Ave.
Jeffersonville, IN. 47130

Case Number: 1:08-cv-00431

Legal documents received by Same Day Process Service on March 21st, 2008 at 3:30 PM to be served upon **Wilton O. Nedd, M.D. at 1160 Varnum St., NE, #217, Washington, DC. 20017**

I, Brandon A. Snesko, swear and affirm that on **May 08th, 2008 at 12:55 PM**, I did the following:

**Individually Served Wilton O. Nedd, M.D.** the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint and Demand for Trial by for Jury; Final Order; Initial Electronic Case Filing Order; Electronic Case Files Attorney/Participant Registration Form** at the above address.

**Description of Person Accepting Service:**
Sex: Male   Age: 50   Height: 5'10"   Weight: 170   Skin Color: Black   Hair Color: black & gray & black mustache   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000008366

District of Columbia: SS
Subscribed and Sworn to before me,
this 12 day of MAY 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AHMED ALI, M.D.,
  Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

ENVISION HOSPITAL CORPORATION, d.b.a. GREATER SOUTHEAST COMMUNITY HOSPITAL OF WASHINGTON; THE DISTRICT OF COLUMBIA (ON BEHALF OF ITS HEALTH REGULATION AND LICENSING ADMINISTRATION); SCOTT C. BURR, M.D.; and WILTON O. NEDD, M.D.;
  DEFENDANTS.

CASE NUMBER:  1:08-CV-00431-CKK

TO: (Name and address of Defendant)

SCOTT C. BURR, M.D.
1310 SOUTHERN AVENUE, SE
WASHINGTON, DC 20032

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. WILLIAM HINNANT, JR.
MEDICOLEGAL CONSULTANTS, LLC
112 ESSEX DRIVE
ANDERSON, SC 29621

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

_____    4/28/08
CLERK   T. Davis                     DATE

_____
(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AHMED ALI, MD,                                )
                                              )
        Plaintiff,                            )
                                              )
-vs-                                          )    Case No. 1:08-cv-00431- CKK
                                              )
ENVISION HOSPITAL CORPORATION d/b/a )    AFFIDAVIT OF SERVICE
GREATER SOUTHEAST COMMUNITY                   )    OF DEFENDANT
HOSPITAL OF WASHINGTON, ET AL.,               )    SCOTT C. BURR, M.D.
                                              )
        Defendants.                           )

I, Amelia M. Nelson, paralegal for C. William Hinnant, Jr., swear and affirm that on **May 6, 2008,** the Defendant Scott C. Burr, M.D., was served the **Amended Complaint** by and through his attorney in the above captioned matter via Certified Mail as shown below on the Return Receipt.

_Amelia M Nelson_
Amelia M. Nelson, Paralegal
MedicoLegal Consultants, LLC

SWORN TO BEFORE ME
This 19th day of May, 2008.

_Cindy C. Reaves_
Notary Public for South Carolina
My Commission Expires: 10-8-2013

[Domestic Return Receipt showing article addressed to Gregory Samuel McKee, Wharton, Levin, et al, P.O. Box 551, Annapolis, MD 21404; Article Number 7007 0710 0004 8279 5489; Certified Mail; PS Form 3811, February 2004]