IN THE FEDERAL DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AHMED ALI, MD**<br>12307 Pleasant Prospect Rd.<br>Mitchellville, MD 20721 | )<br>)<br>)<br>) | **Judge Colleen Kollar-Kotelly** |
| **Plaintiff** | )<br>) | |
| -vs- | )<br>) | |
| **ENVISION HOSPITAL CORPORATION**<br>d.b.a. **GREATER SOUTHEAST HOSPITAL**<br>**OF WASHINGTON**<br>1310 Southern Avenue SE<br>Washington, DC 20032-4623 | )<br>)<br>)<br>)<br>)<br>) | |
| **DISTRICT of COLUMBIA DEPARTMENT**<br>of **HEALTH, HEALTH REGULATION**<br>**AND LICENSING ADMINISTRATION**<br>717 14th Street NW, Suite 600<br>Washington, DC 20005 | )<br>)<br>)<br>)<br>) | **Case No. : 2008-CV-431-CKK** |
| **SCOTT C. BURR, M.D.**<br>1310 Southern Avenue SE<br>Washington, DC 20032 | )<br>)<br>) | |
| **WILTON O. NEDD, M.D.**<br>106 Irving Street NW<br>Washington, DC 20010 | )<br>)<br>) | |
| **Defendants.** | )<br>)<br>) | |

**MOTION OF ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT
DISTRICT OF COLUMBIA'S MOTION TO DISMISS**

COMES NOW Plaintiff Ahmed Ali, M.D. in the above-fashioned action by undersigned counsel to move this Honorable Court for an Order enlarging his time to respond to Defendant District of Columbia's recent Motion to Dismiss or Alternatively for Summary Judgment pursuant to Rules 12(b)(6) and 56(c) of the Federal Rules of Civil Procedure respectively. This Motion is made pursuant to Rule 6(b)(1) and request an Order extending

the time to respond to this Motion from July 16, 2008, until August 4, 2008 (an additional 20 days).

This Motion is not made for dilatory purposes but rather to allow Plaintiff's counsel adequate time to respond to this Motion in addition to similar Motions in the matter of *Brown v. WCCH Holdings*, C.A. NO. 7:08-CV-00220, pending in the Federal District Court for the Western District of Virginia and *King v. West Virginia Board of Osteopathy*, C.A. No. 5:08-CV-64 pending in the Federal District Court for the Northern District of West Virginia. Additionally, Plaintiff's counsel is facing a deadline as to the statute of limitations in the matter of *Griffith v. Eastern Maine Medical Center*, C.A. No. BANSC-CV-2006-00042, previously pending in the Circuit Court of Penobscot County, Maine and recently dismissed on the Plaintiff's Motion.  The matter is being re-filed in the Federal District Court of Maine with the statute of limitations to run within the next ten (10) days.  Plaintiff's counsel must complete that Complaint and then serve at least one party joined in the Federal action which was not named in the State action.

Therefore for good cause shown and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedures, Plaintiff respectfully requests an extension of time to respond to Defendant District of Columbia's Motion until August 4, 2008.

**I SO MOVE.**

                    **MEDICOLEGAL CONSULTANTS, LLC**

                    *s/C. William Hinnant, Jr.*
                    _____
                    C. William Hinnant, Jr., MD JD
                    Federal Bar # 9129
                    112 Essex Drive
                    Anderson, SC 29621
                    (864) 226-6132, Fax: (864) 225-0830

                    ATTORNEY FOR PLAINTIFF

July 8, 2008
Anderson, South Carolina