UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMED ALI,

    Plaintiff,

    v.

ENVISION HOSPITAL CORPORATION,
*et al.*,

    Defendants.

Civil Action No. 08-431 (CKK)

**ORDER**
(July 22, 2008)

On June 26, 2008, Defendant District of Columbia filed a Motion to Dismiss, or in the alternative, Motion for Summary Judgment. Pursuant to Local Civil Rule 7(b), "[w]ithin 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." Plaintiff filed a Motion for Extension of Time to respond to Defendant's Motion on July 8, 2008, which the Court denied on July 9, 2008, because "Plaintiff has not complied with the Local Rules by indicating that [he] ha[s] discussed the request for extension with opposing counsel." Min. Order dated July 9, 2008. *See also* LCvR 7(m). Plaintiff did not file a subsequent motion for an extension, and the time for responding to Defendant's Motion expired July 10, 2008.[1]

---

[1] Pursuant to Federal Rule of Civil Procedure 6(a)(2), intermediate Saturdays, Sundays, and legal holidays are excluded from calculation when the time period is less than 11 days. In addition, Federal Rule of Civil Procedure 6(d) allows an additional 3 days to be added to the time period when service is made electronically.

Accordingly, it is, this 22nd day of July, 2008, hereby,

**ORDERED** that Defendant District of Columbia's Motion to Dismiss, or in the alternative, Motion for Summary Judgment, is deemed conceded; it is further

**ORDERED** that Defendant District of Columbia is dismissed from this case without prejudice.

**SO ORDERED.**

Date: July 22, 2008

                                                 /s/
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge