UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

AHMED ALI, M.D.                        )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )    Case No. 1:08-cv-431-CKK
                                       )
ENVISION HOSPITAL                      )
CORPORATION                            )
d.b.a. GREATER SOUTHEAST               )
COMMUNITY HOSPITAL                     )
OF WASHINGTON, et al.                  )
                                       )
        Defendants.                    )

<u>CONSENT MOTION TO RESCHEDULE THE INITIAL SCHEDULING CONFERENCE</u>

COMES NOW the Defendant, Envision Hospital Corporation d.b.a. Greater Southeast Community Hospital of Washington, improperly named, by and through counsel, Deborah E. Kane, Esquire and the law firm of HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP, and with the consent of all parties moves to reschedule the Initial Scheduling Conference, and states as follows:

1.    On August 7, 2008, the Court ordered the Initial Scheduling Conference to be held on September 17, 2008 at 9:30 am.

2.    However, Counsel for the above-referenced Defendant has a conflict in that she will be in the midst of a five-day jury trial in the Circuit Court for Prince George's County, Maryland on that date.

3.    Defendant's counsel's office has spoken with Ms.

Dorothy Jones-Patterson, courtroom clerk for Judge Kollar-Kotelly, and has been advised that October 8, 2008 at 10:30 am is available on the Court's calendar to hold the Initial Scheduling Conference in this matter.

4.    Counsel for Defendant conferred with counsel for all parties, and all counsel are available to attend the Initial Scheduling Conference on October 8, 2008 at 10:30 am, and consent to this motion.

WHEREFORE, for the reasons stated above, counsel for Defendant, Envision Hospital Corporation d.b.a. Greater Southeast Community Hospital of Washington, improperly named, asks that the Initial Scheduling Conference be rescheduled from September 17th to the new date, October 8, 2008 at 10:30 am.

Respectfully submitted,

HARTEL, KANE, DESANTIS,
MacDONALD & HOWIE, LLP

/s/ Deborah E. Kane
Deborah E. Kane
DC Bar No. 433925
Calverton Office Park
11720 Beltsville Drive
Suite 500
Beltsville, MD 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
Counsel for Defendant
dkane@hartelkane.com

E:\DEK\Ali v Envision\Mot. to Modify Order for Initial Sch. Conf.wpd