IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED ALI, M.D.,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No. 1:08-cv-00431-CKK |
| | : Judge Colleen Kollar-Kotelly |
| **WILTON O. NEDD, M.D.,** *et al.*, | : |
| | : |
| **Defendants.** | : |
| | : |

## PRAECIPE OF APPEARANCE ON BEHALF OF
## DEFENDANT WILTON O. NEDD, M.D.

**COMES NOW** the Defendant, **Wilton O. Nedd, M.D.,** by and through his attorneys, **Steven A. Hamilton, Esquire, Karen S. Karlin, Esquire** and **Hamilton Altman Canale & Dillon, LLC,** and submits this Praecipe of Appearance requesting that Karen S. Karlin, Esquire be **added** as **co-counsel** for Defendant Dr. Nedd in the above-captioned case, and further requests that she be served electronically with all court submissions. Mr. Hamilton will remain as counsel for Dr. Nedd.

        Respectfully submitted,

        **HAMILTON ALTMAN CANALE & DILLON, LLC**

        By:  /S/ Steven A. Hamilton_____
          Steven A. Hamilton (D.C. Bar No. 953539)
          steven.hamilton@hacdlaw.com
          Karen S. Karlin (D.C. Bar No. 446660)
          karen.karlin@hacdlaw.com
          4600 East-West Highway
          Suite 201
          Bethesda, Maryland 20814
          301-652-7332
          Attorneys for Defendant Wilton O. Nedd, M.D.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on the 4th day of September, 2008, a copy of the foregoing was served via electronic mail on the following:

>Jennifer Hinkebein Culotta, Esquire
>**Culotta & Culotta, LLP**
>432 East Court Avenue
>Jefferson, IN  47130
>
>C. William Hinnant, Jr., Esquire
>**MedicoLegal Consultants, LLC**
>112 Essex Drive
>Anderson, SC  29621
>
>D. Lee Rutland, Esquire
>**Wharton, Levin, Ehrmantraut**
>  **& Klein**
>104 West Street
>P.O. Box 551
>Annapolis, Maryland  21404-0551
>
>Deborah E. Kane, Esquire
>**Hartel, Kane, DeSantis,**
>  **McDonald & Howie, LLP**
>11720 Beltsville Drive
>Calverton Office Park, Suite 500
>Beltsville, Maryland  20705
>
>Jayme B. Kantor, Esquire
>Assistant Attorney General
>441 4th Street, N.W.
>6th Floor South
>Washington, D.C.  20001

>>/S/ Steven A. Hamilton
>>Steven A. Hamilton