ALI v. ENVISION HOSPITAL, ET AL.

MOTION TO COMPEL

**EXHIBIT III**

LETTER OF WILTON NEDD, MD
TO
DR. BALKISSOON
5/18/2005

PLAINTIFF EXHIBIT 104

116

18 May 2005

To: Gangagee Balkissoon, MD.
From: Wilton Nedd, MD
 (Transcribed by Joanna Kaufman, RN, Coordinator, Medical Staff Peer Review)

Summary of cases reviewed by Dr. Wilton Nedd upon request of Dr. Gangagee Balkissoon

MR# 919998 (Wayne Tucker): 47 y o male underwent a declotting of Right AV graft and suffered a right sided intraoperative CVA (2/3/05)

MR# 913176 (James Hickman) 59 y o male underwent declotting of Left AV graft and suffered a left sided intraoperative CVA (10/14/2004)

MR# 364378 (Lillian Jones) 66 y o female underwent declotting of Right AV graft and suffered a right sided intraoperative CVA (11/8/04)

Another patient MR# 919416 (Robert Miller) male underwent declotting of Left AV graft and developed a hemomediastinum (3/16/05) but will not be discussed in this report.

All of these cases were referred by Dr. Scott Burr and were received by the Coordinator, Medical Staff Peer Review on 1 April 2005. → *Referred by a Guilty anesth. to the competing surgeon*

*Fellowship* → Dr. Nedd Reviewed them together and determined the following:

The surgeon is a general surgeon, not a vascular surgeon. The same surgeon performed each procedure, declotting of AV graft, but a different anesthesiologist attended each patient. Therefore Dr. Nedd determined that the anesthesiologist was not a determining factor in these cases. → *Hypoxia* → *Supplies O2*  → *Moyet*

*because he does not p ctce endovasc surgery* → Each procedure took an inordinately long period of time, up to 2 ½ hours in one case.

The surgeon used NAHCO3 as an additive to lidocaine for local infiltration, as an anesthetic. This is not common in the Washington DC area and not in keeping with local practice.

A review of the literature of postoperative complications following declotting of AV grafts found that intraoperative CVAs are extremely rare. Yet this surgeon had three patients who immediately postop developed CVAs on the same side as the declotting procedure. One of these patients subsequently expired.  } *Anesth. Literature reviewed by a surgeon*

In the dictated procedural notes there is no mention that a CVA occurred. The operative note does not address any complications or explain how a stroke may have occurred during surgery.

*Proff Review* →

This is a confidential professional/peer review and quality improvement document of Greater Southeast Community Hospital. It is protected from disclosure pursuant to the provisions of District of Columbia and federal laws. Unauthorized disclosure or duplication is absolutely prohibited.

*So the result is almost predictable*

*by what(?)*

DR. Nedd believes that these CVAs were preventable procedural and cognitive errors which resulted in significant adverse effects (Class III –and Class IV for the patient who expired as a result of the CVA.

He suggests that the surgeon be written a letter asking to explain to the committee how each of these incidents might have occurred. He also suggests that these cases might benefit from an external review.

He would like this to be addressed sooner rather than later, since other patients may be at risk for similar outcomes.

*Suspend him.* [signature] 5/18/05.

This is a confidential professional/peer review and quality improvement document of Greater Southeast Community Hospital. It is protected from disclosure pursuant to the provisions of District of Columbia and federal laws. Unauthorized disclosure or duplication is absolutely prohibited.