**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| Ahmed Ali, M.D. ) | |
| ) | Civil Action No.: 1:08-CV-00431-CKK |
| Plaintiff, ) | **JUDGE COLLEEN KOLLAR-KOTELLY** |
| ) | |
| vs. ) | |
| ) | **MOTION FOR** |
| Envision Hospital Corporation d/b/a ) | **ORDER OF PROTECTION** |
| Greater Southeast Community ) | |
| Hospital of Washington, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT HAS BEEN MADE TO APPEAR that C. William Hinnant, Jr. will be out of town on the following dates for the following reasons, and should, therefore, be protected from any court appearances:

    1.    October 15—31, 2009, for vacation.

**I SO MOVE:**

                                         *s/C. William Hinnant, Jr.*
                                         C. William Hinnant, Jr.
                                         Federal Bar # 9129
                                         112 Essex Drive
                                         Anderson, SC 29621
                                         (864) 226-6132, Fax: (864) 225-0830

                                         **ATTORNEY FOR PLAINTIFF**

June 10, 2009
Anderson, South Carolina